AMERICAN ARTISTIC GOLD STAMPING CO., Appellant, v. GLENS FALLS INS. CO., Respondent.

(Common Pleas of New York City and County, General Term.  January 6, 1893.)

Action by the American Artistic Gold Stamping Company against the Glens Falls Insurance Company.

Thos. Brennan, for appellant.

Thos. M. Wyatt, for respondent.

No opinion.  Motion for leave to appeal to the court of appeals denied, with $10 costs.  See 20 N. Y. Supp. 646.

---

PEOPLE, Appellant, v. CARROLL et al., Respondents.

(Common Pleas of New York City and County, General Term.  January 6, 1893.)

Action by the people of the state of New York against John Carroll and William Corrigan.

De Lancy Nicoll, for the State.

Jas. A. O. Gorman, for respondents.

No opinion.  Motion to vacate judgment entered on a forfeited recognizance granted.  See 20 N. Y. Supp. 990, mem.

---

PEOPLE, Appellant, v. BROWN et al., Respondents.

(Common Pleas of New York City and County, General Term.  January 6, 1893.)

Action by the people of the state of New York against Gussie Brown and David Manus.

De Lancy Nicoll, for the State.

F. J. Worcesta, for respondents.

No opinion.  Motion to vacate judgment entered on a forfeited recognizance granted.

---

In re AMERICAN SURETY CO.

(Common Pleas of New York City and County, General Term.  January 6, 1893.)

Alexander & Green, for petitioner.

No opinion.  Application of the American Surety Company of New York for a rule or order respecting the approval of bonds and undertaking guarantied or executed by said company, and for a modification of the order of the general term of this court of May 2, 1892.  Application granted.  See 19 N. Y. Supp. 1013, mem.

---

RILEY et al., Appellants, v. BLACK, Respondent.

(Common Pleas of New York City and County, General Term.  January 6, 1893.)

Action by William Riley against Alexander G. Black.

Samuel E. Duffy, for appellants.

Bartlett Wilson, for respondent.

No opinion.  Motion for leave to appeal to the court of appeals denied, with $10 costs.  See 20 N. Y. Supp. 695.

---

WILSON, Appellant, v. MANHATTAN RY. CO., Respondent.

(Common Pleas of New York City and County, General Term.  January 6, 1893.

Action by George W. Wilson against the Manhattan Railway Company.

E. T. Day, for appellant.

S. & T. Davies, for respondent.

No opinion.  Motion for leave to go to the court of appeals granted.  See 20 N. Y. Supp. 852.